UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Ricardo Calderon-Estrada,

    Petitioner,

  v.                         Civil No. 05-63HA

Elizabeth Godrey, et al      ORDER FOR ATTORNEY FEES

    Defendants.
_____

    Based upon the record,

    IT IS HEREBY ORDERED AND ADJUDGED that the petitioner shall be awarded attorney fees from the respondent in the amount of $1,575.00 and costs in the amount of $102.49.

    Dated this    13    day of June, 2005.

                                    /s/ Ancer L. Haggerty
                                    ANCER L. HAGGERTY
                                    U.S. District Judge